CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

*for Roanoke*

SEP 14 2011

JULIA C. DUDLEY, CLERK
BY: /s/ *illegible*
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **LEWIS EDWARD MIZE, III,** | ) | **Civil Action No. 7:11-cv-00284** |
| Petitioner, | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **WARDEN,** | ) | **By: Hon. Jackson L. Kiser** |
| Respondent. | ) | **Senior United States District Judge** |

In accordance with the written Memorandum Opinion entered this day, it is hereby

## ORDERED

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as

untimely; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the

active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to petitioner.

**ENTER:** This 14th day of September, 2011.

*Jackson L. Kiser*

Senior United States District Judge