CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
Roanoke
SEP 14 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LEWIS EDWARD MIZE, III, | ) | Civil Action No. 7:11-cv-00284 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARDEN, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as

untimely; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the

active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to petitioner.

**ENTER:** This 14th day of September, 2011.

Senior United States District Judge